

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00616-CV

Zaira **CABRAL**,
Appellant

v.

Mario G. **HERNANDEZ,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19205
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.  Costs of the appeal are taxed against appellant Zaira Cabral.

SIGNED April 26, 2017.

_____
Rebeca C. Martinez, Justice